UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA PEREZ,
                     Plaintiff,

-v-

786 MOBILE INC. et al.,
                     Defendants.

20-CV-2928 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on April 13, 2020, and April 27, 2020.  (Dkt. No. 10-2; Dkt. No. 10-3.)  However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time.  Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by July 10, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: June 22, 2020
       New York, New York

                                                  J. PAUL OETKEN
                                               United States District Judge