UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

ALEXANDRA PEREZ,

                Plaintiff,

          -v-

786 MOBILE INC., et al.,

                Defendant.

20-CV-2928 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 31-1.) The proposed settlement involves $18,000 to be allocated to Plaintiff Alexandra Perez in connection with her FLSA claims. (*Id.*) Of that sum, $6,550 will be collected in attorney's fees and costs. (*Id.*)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 31-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: December 8, 2020
       New York, New York

                                                J. PAUL OETKEN
                                               United States District Judge