UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEXANDRA PEREZ,

                Plaintiff,

   -against-

786 MOBILE INC. and MOHAMED DORIA,

                Defendants.
-----------------------------------------------------------X

20-CV-2928 (JPO)

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that the Court shall retain enforcement jurisdiction over this matter for the purpose of ensuring the Parties' compliance with the terms and conditions of the Settlement of this action.

Dated: December 7, 2020

_____
Keith E. Williams, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

_____
Shawn A. Turck, Esq.
Turck Law, P.C.
*Attorneys for the Defendants*
225 Broadway, Suite 1901
New York, New York 10007
Tel: 212.227.2030
shawn@turcklaw.com

So ordered.
December 8, 2020

_____
J. PAUL OETKEN
United States District Judge